**SEALED FILED**
June 21, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SL_____
DEPUTY

**FILED**
December 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AD_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br>v<br>**(1) YUNIER BASULTO-ALVAREZ**<br>**(2) ROJELIO OROZCO**<br>**(3) CARLOS WENSES-RODRIGUEZ**<br>■■■■■■■■■■<br>**(5) KENNY CANO GUZMAN**<br>**(6) JUAN CARLOS CUPELES**<br>**(7) BRIAN DALE MOORE**<br>**(8) OSVALDO RODRIGUEZ**<br>**(9) ELAN FERNANDO ORTIZ-DIAZ**<br>**(10) LOUIS ANTHONY NAVARRO IV**<br>**(11) KATELYN MARIE HAGE**<br>**(12) YOANDY QUINTANA-VALDES**<br>**(13) SHAUDAE LORRAINE HERNANDEZ**<br>**(14) MIGUEL ANGEL VIGO-ALVAREZ**<br>■■■■■■■■■■<br>**(16) DANIEL DAMAS JR**<br>**Defendants** | **CRIMINAL NO.: 1:22-CR-00122-LY**<br><br>**SUPERSEDING INDICTMENT**<br><br>[Ct. 1 – 5, 7: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A and B) – Conspiracy and PWID Methamphetamine and Cocaine; Ct. 6 - 18 USC 924(c) -Possession of Firearm in Furtherance of Drug Trafficking Crime] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Conspiracy to Possess with Intent to Distribute Methamphetamine and Cocaine
**[21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)]**

Beginning in or about March 2020 and continuing until on or about September 2022, in the Western District of Texas, Defendants,

(1) YUNIER BASULTO-ALVAREZ,
(2) ROJELIO OROZCO,
(3) CARLOS WENCES-RODRIGUEZ,
███████████████████████████,
(5) KENNY CANO GUZMAN,
(6) JUAN CARLOS CUPELES,
(7) BRIAN DALE MOORE,
(8) OSVALDO RODRIGUEZ,
(9) ELAN FERNANDO ORTIZ-DIAZ,
(10) LOUIS ANTHONY NAVARRO, IV,
(11) KATELYN MARIE HAGE,
(12) YOANDY QUINTANA-VALDES,
(13) SHAUDE LORRAINE HERNANDEZ,
(14) MIGUEL ANGEL VIGO-ALVAREZ,
███████████████████████████, and
(16) DANIEL DAMAS, JR.,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, and more than 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of 21, U.S.C., §§ 846, 841(a) and 841(b)(1)(A&B).

**COUNT TWO**
**Possession With Intent to Distribute Methamphetamine**
**[21 U.S.C. § 841(a)(1)]**

On or about July 28, 2021, in the Western District of Texas, Defendants,

**(1) YUNIER BASULTO-ALVAREZ,**
**(6) JUAN CARLOS CUPELES, and**
**(7) BRIAN DALE MOORE,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21, U.S.C., § 841(a) and 841(b)(1)(A).

**COUNT THREE**
**Possession With Intent to Distribute Cocaine**
**[21 U.S.C. § 841(a)(1)]**

On or about August 16, 2021, in the Western District of Texas, Defendants,

**(2) ROJELIO OROZCO, and**
**(10) LOUIS ANTHONY NAVARRO, IV**,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of 21, U.C.C., § 841(a) and 841(b)(1)(B).

## COUNT FOUR
**Possession With Intent to Distribute Methamphetamine**
**[21 U.S.C. § 841(a)(1)]**

On or about May 9, 2022, in the Western District of Texas, Defendants,

**(1) YUNIER BASULTO-ALVAREZ, and**
**(11) KATELYN MARIE HAGE**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21, U.S.C., § 841(a) and 841(b)(1)(A).

## COUNT FIVE
**Possession With Intent to Distribute Methamphetamine**
**[21 U.S.C. § 841(a)(1)]**

On or about May 12, 2022, in the Western District of Texas, Defendants,

**(1) YUNIER BASULTO-ALVAREZ, and**
**(5) KENNY CANO GUZMAN,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21, U.S.C., § 841(a) and 841(b)(1)(A).

## COUNT SIX
### Possession of Firearm in Furtherance of Drug Trafficking
**[18 USC § 924 (c)]**

On or about May 12, 2022, in the Western District of Texas, Defendants,

**(1) YUNIER BASULTO-ALVAREZ, and
(5) KENNY CANO GUZMAN,**

did knowingly possess a firearm in furtherance of a drug trafficking crime as charged in Count Two of this Indictment, that is, a Mossberg, 12 gauge shotgun - Serial #U014576; a Palmetto State Armory, .300 Blackout caliber semi-automatic rifle - Serial #LW188611; a Beretta, 9 mm semi-automatic pistol - Serial #A225079Z; a Taurus, 9mm semi-automatic pistol - Serial #TLN21662; a Kimber, .45 cal semi-automatic pistol - Serial #K471589; a CZ, 9mm semi-automatic pistol - Serial #C788204; and a Rossi/Taurus, .38 special caliber revolver - Serial #RG68308..

In violation of 18, U.S.C., § 924(c)(1).

# COUNT SEVEN
## Possession With Intent to Distribute Methamphetamine
## [21 U.S.C. § 841(a)(1)]

On or about September 15, 2022, in the Western District of Texas, Defendant,

,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21, U.S.C., § 841(a) and 841(b)(1)(A).

A TRUE BILL

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
FOR: MARK H. MARSHALL
ASSISTANT UNITED STATES ATTORNEY